Tamisha Lewis-Junge
(Name)
3948 Aldren Circle
(Mailing address)
Anchorage, AK 99517
(City, State, Zip)
907-615-0060
(Telephone)

RECEIVED
OCT 09 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha Lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Jason Cananan,
Amanda Balmacdea,
U.S Air Force,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-273-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tamisha Lewis-Junge
(print your name)
who presently resides at 3948 Aldren Circle Anchorage Ak 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Jason Cunanan** (name) is a citizen of **Alaska** (state), and is employed as a **Foot looker** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Amanda Balmacded** (name) is a citizen of **Alaska** (state), and is employed as a **Ex Nurse** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **U.S Air Force** (name) is a citizen of **Alaska** (state), and is employed as a **Officer** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2011 - 2025**, my civil right to **Freedom, Freedom from Cruel unusual punishment** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by **Jason Canahan** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Is random man that works at foot locker, that they want me to met forcefully by using technology. Emerita brought us to this family and they don't do anything but annoy father for some delusions and money

Yes they did attack me, follow me home, steal out my house, claim to be related, and lie about whatever to officers

They tried to claim delusion of also being father and took care of me is lie of annoyance

Claim 2: On or about 2011 - 2025, my civil right to Freedom, Freedom from Cruel and Unusual Punishment (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by Amanda Balmacdea (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

This woman is claiming related after lying about knowing as a little girl. That she's the lady does the blood bank thing. Claims adopted and related, then step sister.

But really thief and victim of her own husband and dosnt wanna leave me alone to steal and claim delusions to police

Claims made me with Ex boyfriend Another a black man. She was with is high school (lie)

Forcefully want to meet after, some delusions (by kidnap with technogly)

Was throw by father, after following to base

Claim 3: On or about __2011 - 2025__, my civil right to __Freedom, Freedom of Cruel and Unusual punishment__ (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by __U.S Air Force__ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

This team is fucking weird wanting me to claim some philainpios, after disrepecting John Lewis (Black man) to be a "crook" that he don't like.

This team makes up delusions of family not liking me after kidnapping and causing delusions to family so they can "think thru school" but is really harrassing and embassring with thru own delusions and lies by checking out technology.

Tried to give another family claiming investagation, so they could steal and harrass. They work them as not officers

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha lewis -Junge

Defendant(s): Amandan Balmaceda

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dismiss Evidence (Footage)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha lewis-Junge

Defendant(s): Ferriath Leonice

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dissmissed Evidence (Footage)

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 18,000,000

2. Punitive damages in the amount of $ 18,000,000

3. An order requiring defendant(s) to To keep away and stop lying to may have

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. _X_ Yes ___ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, AK (Location) on 10/9/2025 (Date)

_____
(Plaintiff's Original Signature)

_____    _____
Original Signature of Attorney (if any)    (Date)

_____
_____
_____

Attorney's Address and Telephone Number